# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  TROY M. COREY & VERONICA J. COREY          Case Number: 04-75737
7706 DEERFIELD ROAD
LOVES PARK, IL  61111                    SSN-xxx-xx-3521 & xxx-xx-9235

Case filed on: 11/18/2004
Plan Confirmed on: 2/18/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $32,400.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICE OF MACEY & ALEMAN | 1,500.00 | 1,500.00 | 1,500.00 | 0.00 |
|  | Total Legal | 1,500.00 | 1,500.00 | 1,500.00 | 0.00 |
| 005 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | DOMINION RETAIL INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ENCORE RECEIVABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ENCORE RECEIVABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | LTD FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | MANAGEMENT SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | NATIONAL ASSET RECOVERY SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | OSI COLLECTION SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | RMCB COLLECTION AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | SHAPIRO & KREISMAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | WOLPOFF & ABRAMSON, L.L.P. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | TROY M. COREY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | GENERAL MOTORS ACCEPTANCE CORP | 10,245.00 | 10,245.00 | 10,245.00 | 978.62 |
| 002 | COUNTRYWIDE HOME LOANS INC | 11,891.40 | 11,891.40 | 11,891.40 | 0.00 |
| 003 | WORLD FINANCIAL NETWORK NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 22,136.40 | 22,136.40 | 22,136.40 | 978.62 |
| 001 | GENERAL MOTORS ACCEPTANCE CORP | 3,336.57 | 3,336.57 | 412.30 | 0.00 |
| 003 | WORLD FINANCIAL NETWORK NATIONAL BANK | 3,137.59 | 3,137.59 | 387.71 | 0.00 |
| 004 | ALLIED BUSINESS ACCOUNTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMCORE BANK NA | 1,495.86 | 1,495.86 | 184.84 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 8,734.26 | 8,734.26 | 1,079.30 | 0.00 |
| 008 | SMC | 1,070.73 | 1,070.73 | 132.31 | 0.00 |
| 009 | BMG MUSIC SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | RESURGENT CAPITAL SERVICES | 4,027.75 | 4,027.75 | 497.72 | 0.00 |
| 011 | COLUMBIA HOUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CREDITORS PROTECTION SERVICE, INC | 548.00 | 548.00 | 67.72 | 0.00 |
| 014 | DISCOVER FINANCIAL SERVICES | 7,782.14 | 7,782.14 | 961.65 | 0.00 |
| 018 | FLEET CREDIT CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | GE CAPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | HOME DEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ECAST SETTLEMENT CORPORATION | 2,955.46 | 2,955.46 | 365.21 | 0.00 |
| 022 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | CREDITORS BANKRUPTCY SERVICE | 1,268.39 | 1,268.39 | 156.74 | 0.00 |
| 026 | MARSHALL FIELD | 2,688.35 | 2,688.35 | 332.20 | 0.00 |
| 027 | RETAIL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | NICOR GAS | 121.87 | 121.87 | 15.06 | 0.00 |
| 034 | NCO FINANCIAL SYSTEMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | PENN CREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | PROGRESSIVE INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | SCHOLASTIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | NCM TRST | 3,318.06 | 3,318.06 | 410.02 | 0.00 |
| 042 | SPIEGEL CHARGE / FCNB | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | TASTE OF HOME | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | WELLS FARGO FINANCIAL | 601.07 | 601.07 | 74.27 | 0.00 |
| 045 | DISNEY ACTIVITY CALENDAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | WELLS FARGO FINANCIAL | 1,023.78 | 1,023.78 | 126.51 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | | |
|---|---|---|---|---|---|---|
| 048 | NCM TRST | | 3,725.40 | 3,725.40 | 460.35 | 0.00 |
| 049 | DOMINION RETAIL INC | | 561.83 | 561.83 | 69.42 | 0.00 |
| | | Total Unsecured | 46,397.11 | 46,397.11 | 5,733.33 | 0.00 |
| | | Grand Total: | 70,033.51 | 70,033.51 | 29,369.73 | 978.62 |

Total Paid Claimant:   $30,348.35
Trustee Allowance:     $2,051.65
Percent Paid Unsecured:   12.36

    Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
   Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008        By  /s/Heather M. Fagan